## THE PEOPLE, EX. REL. HENRY KOLLER ET AL., V. PETER J. NAPPA ET AL.

*Quo warranto—Religious societies.*

This case is ruled by the decision in *People v. Nappa,* reported in 80 Mich. 484, where the facts are fully stated.

Error to Houghton. (Williams J.) Submitted on briefs November 20, 1891. Decided December 21, 1891.

Information in the nature of a *quo warranto* to test the title of respondents to the office of trustees of a religious society. Relators bring error. Information quashed. The facts are stated in 80 Mich. 484.

*Allen F. Rees* (*A. T. Streeter,* of counsel), for appellants.

*Stone & Gray,* for respondents.

McGRATH, J. This is an information in the nature of a *quo warranto* to test the title of respondents to the office of trustees of a religious society organized under sections 4617–4642, inclusive, of Howell's Statutes.

This is the second information. The first was filed upon the relation of one John Blomquist, and on appeal to this Court the information was quashed, and the case is reported in 80 Mich. 484. The relators in the present case are the three trustees who claim to hold over by reason of the alleged failure to hold an election. Chief Justice CHAMPLIN, in the former case, referred to the absence of a showing in the information of right on the part of the relator to set the inquiry on foot, but the Court expressly refrained from determining the case upon that ground. Otherwise the case presented is the same, and is disposed of by the former decision.

The information must be quashed, with costs against the relators.

The other Justices concurred.